Simon Cohn, Appellant, v. Joseph Schwartz, Respondent.— Judgment of the Municipal Court affirmed on argument, with costs. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Kieran E. Condren, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Order of the County Court of Queens county affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor and Rich, JJ., concurred; Hooker, J., dissented.

Hyman Drogowitz, Respondent, v. New York City Railway Company, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the decision is against the weight of evidence. No opinion. Jenks, Hooker, Gaynor and Rich, JJ., concurred; Miller, J., concurred on the ground that there was error in the exclusion of evidence.

Mary Fischer, Administratrix, etc., of Charles J. Fischer, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company and New York, New Haven and Hartford Railroad Company, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Augusta Gomer, Respondent, v. Benjamin W. Slote, Appellant.— Judgment of the Municipal Court affirmed on argument, with costs. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Rosa Gunderson, Administratrix, etc., of Peter A. Gunderson, Deceased, Respondent, v. Roebling Construction Company, Appellant, Impleaded with Post & McCord, Defendant.— Judgment and order affirmed, with costs. No opinion. Jenks, Rich and Miller, JJ., concurred; Woodward and Gaynor, JJ., dissented.

Josephine Lecent, Respondent, v. John Bourcier, as Administrator, etc., of Charles Bourcier, Deceased, Appellant.— Judgment of the Municipal Court affirmed by default, with costs. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

David R. Longenecker, Respondent, v. John R. Kuhn and Others, Appellants. — Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

John H. Love, Jr., Appellant, v. Walter R. Lusher, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Thomas Mullen, Respondent, v. State Line Telephone Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Vincenzo Polito and Emanuel Polito, Appellants, v. Salvatore Adamo and Antonia Adamo, Respondents.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Grace Raymond, Respondent, v. Naomi Ring (Formerly Naomi Duncombe), Appellant.— Reargument ordered and case set down for Tuesday, February 25, 1908. Present — Hooker, Gaynor, Rich and Miller, JJ.